days upon payment of costs. The money claimed by plaintiff was not the property of Charles F. Webber, the life beneficiary. He had a life estate with power of appointment, and the property passes to the appointee under the original trust deed creating the power, and not under the power itself. Upon the death of Charles the plaintiff and the other appointees became entitled to immediate possession. (*Farmers' Loan & Trust Co.* v. *Mortimer*, 219 N. Y. 290.) Therefore, plaintiff is entitled to payment in the absence of pleading or proof excusing payment by the trustee. The executor of the deceased trustee and the widow and executrix of the life tenant are proper parties defendant. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

HERMAN JOSIAS, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

HORACE L. KENT, Respondent, v. GEORGE H. FRASER, Appellant.— The complaint is much broader in its allegations than the learned counsel for defendant contends. The cause of action for royalties rests not only on the patents alleged, but upon inventions covered by pending applications which it was the defendant's duty under the contract to use all reasonable efforts to prosecute to allowance. Whether this right to royalties has terminated may be decided on the trial. The allegation of payment to the defendant for the mills sold, as supplemented by the exhibits annexed to the complaint, is sufficient. Order overruling demurrer affirmed, with ten dollars costs and disbursements, with leave to defendant to answer upon payment of costs, within twenty days. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

JOHN McQUADE, Respondent, v. RICHARD FITZPATRICK, INC., Appellant. — Orders unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

PAUL MIGNON, JR., an Infant, by PAUL MIGNON, His Guardian ad Litem, Respondent, v. MATTHEW BAIRD CONTRACTING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

PAUL MIGNON, Respondent, v. MATTHEW BAIRD CONTRACTING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GREGORIO GALLO, Appellant.— Judgment of conviction and order of the County Court of Queens county affirmed. No opinion. Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHAN BAUMAN, Appellant, v. GEORGE H. BELL, as Commissioner of Licenses in and for the City of New York, Respondent.— Order denying writ of peremptory mandamus affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

LYDIA M. SCHAIBLE, Respondent, v. RUDOLPH F. KLEEMAN, Appellant.— Final order of the County Court of Rockland county unanimously affirmed,